**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL WIGGINS AND TERI STEVENS,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**LABORATORY CORPORATION OF AMERICA HOLDINGS**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 24CV648** |

**ORDER**

**AND NOW**, this 12th day of April, 2024, following a preliminary pretrial conference with the parties, it is **HEREBY ORDERED THAT**:

1. Defendant's Motion to Stay Discovery (ECF No. 17) is **DENIED**.
2. Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 18) is **DENIED WITHOUT PREJUDICE**.
3. The parties may conduct discovery, to be completed by **JUNE 11, 2024**, limited to:
   a. The issue of whether this matter must be submitted for arbitration; and,
   b. Any jurisdictional issues that will be raised by the parties.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

______________________________
**WENDY BEETLESTONE, J.**