**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL WIGGINS AND TERI STEVENS**<br>**Plaintiffs,**<br><br>**v.**<br><br>**LABORATORY CORPORATION OF AMERICA HOLDINGS,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 24-648** |

**O R D E R**

**AND NOW**, this 12th day of June 2024, after a telephonic conference with the parties, **IT IS HEREBY ORDERED** that Plaintiffs shall respond to Defendant's Request for Production No. 4 and Requests for Admission Nos. 2 and 3 no later than June 26, 2024. **IT IS FURTHER ORDERED** that Defendant shall file its renewed Motion to Compel Arbitration no later than July 26, 2024.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**