**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL WIGGINS AND TERI STEVENS**<br>**Plaintiffs,**<br><br>**v.**<br><br>**LABORATORY CORPORATION OF AMERICA HOLDINGS,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 24-648** |

**O R D E R**

**AND NOW**, this 27th day of June 2024, upon consideration of the parties joint/unopposed correspondence to Chambers of June 27, 2024, **IT IS ORDERED** that Defendant shall file its renewed Motion to Compel Arbitration no later than **July 26, 2024;** Plaintiffs' will file their opposition by **August 26, 2024;** and Defendant will file its Reply by **September 10, 2024**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**