**IN THE UNITED STATES DISTRICRT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL WIGGINS and TERI STEVENS, individually and for all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**LABORATORY CORPORATION OF AMERICA HOLDINGS,**<br><br>**Defendant.** | **Case No. 24-cv-00648-WB** |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTION**
**TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Plaintiffs, through their undersigned counsel, hereby oppose Defendant's Renewed Motion to Compel Arbitration and Stay Proceedings [Doc. 34] for the reasons stated in the attached Opposition Memorandum.

Respectfully submitted,

Dated: August 26, 2024

*/s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS LLC
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836

James B. Zouras
STEPHAN ZOURAS LLC
222 W. Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned caused a copy of the foregoing pleading to be served upon all record counsel today by electronically filing this document on the Court's ECF system.

Dated: August 26, 2024 *<u>/s/ David J. Cohen</u>*