# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WIGGINS AND TERI STEVENS,**<br>      **Plaintiffs,**<br><br>v.<br><br>**LABORATORY CORPORATION OF AMERICA HOLDINGS,**<br>      **Defendant.** | CIVIL ACTION<br><br><br><br>NO. 24-0648 |

## ORDER

**AND NOW**, this 11th day of October, 2024, upon consideration of Defendant's Second Motion to Compel Arbitration and Stay Proceedings (ECF No. 34), Plaintiffs' Response in Opposition thereto (ECF No. 36), and Defendant's Reply (ECF No. 37), **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 34) is **GRANTED**, and such arbitration shall proceed in the manner provided for in the agreement.

2. The Clerk of Court is directed to **STAY** this matter and place it in **SUSPENSE** pending the conclusion of the arbitration proceedings.

BY THE COURT:

  /s/WENDY BEETLESTONE_____
**WENDY BEETLESTONE, J.**